UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21729-CIV-GOLD/WHITE

LINO RIGOBERTO MUNOZ-MARTINEZ,

    Petitioner,

v.

UNITED STATES ATTORNEY
GENERAL, et al.,

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION TO DISMISS; CLOSING CASE

THIS CAUSE comes before the Court on the Report and Recommendation [DE 8] issued by Magistrate Judge Patrick A. White on July 8, 2008. Petitioner Munoz-Martinez filed an Emergency Petition for Habeas Corpus [DE 1] on June 18, 2008 in which he challenges his continued detention by Respondents. On July 8, 2008, Respondents filed a Motion to Dismiss [DE 7] representing that Petitioner was deported to Cuba on June 12, 2008. As such, Judge White recommends in his Report that Motion to Dismiss be granted and the Petition be dismissed as moot.

No objections have been filed in response to Judge White's Report, and no response was filed to the Motion to Dismiss. Having reviewed the Petition, Motion to Dismiss, the Report and Recommendation, and the entire case file, I adopt the Report and Recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.    The Report and Recommendation [DE 8] is ADOPTED.

2.    The Motion to Dismiss [DE 7] is GRANTED, and this Petition is DISMISSED

as moot.

3. This case is CLOSED.

4. All pending motions are DENIED as moot.

DONE AND ORDERED in Chambers in Miami, Florida this 4 day of September, 2008.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

From Chambers via U.S. Mail:
(for forwarding)

Lino Rigoberto Munoz-Martinez
#A24-793-560
Krome Service Processing Center
18201 S.W. 12th Street
Miami, FL 33194